IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JO ANN POLAND, as Personal Representative of the Estate of Grace E. Wetterberg, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>PRAIRIE MEADOWS MANAGEMENT NE, LLC, JEA SENIOR LIVING, INC., HBC HOLDINGS, LLC, HSH MANAGEMENT HOLDINGS, LLC, HSH HOLDINGS, LLC, OMAHA CARE GROUP, LLC, HSH-JEA PROPERTIES, LLC, HSH PROPERTY HOLDINGS, LLC, HSH-JEA MANAGEMENT, LLC, and JOHN DOES 1 - 2,<br><br>Defendants. | **8:19CV233**<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant HSH-JEA Management, LLC, and Defendant HSH-JEA Management, LLC has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until January 23, 2020 to show cause why the case against HSH-JEA Management, LLC should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 2nd day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge