IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JO ANN POLAND, as Personal Representative of the Estate of Grace E. Wetterberg, Deceased;<br><br>            Plaintiff,<br><br>      vs.<br><br>PRAIRIE MEADOWS MANAGEMENT NE, LLC, JEA SENIOR LIVING, INC., HBC HOLDINGS, LLC, HSH MANAGEMENT HOLDINGS, LLC, HSH HOLDINGS, LLC, OMAHA CARE GROUP, LLC, HSH-JEA PROPERTIES, LLC, HSH PROPERTY HOLDINGS, LLC, HSH-JEA MANAGEMENT, LLC, and JOHN DOES 1 - 2,<br><br>            Defendants. | **8:19CV233**<br><br><br>**ORDER** |

On March 11, 2020, after conferring with counsel, the court ordered that "Except as to the anticipated 30(b)(6) depositions and written discovery to locate witnesses, discovery and all unexpired case progression deadlines are stayed pending further order of the court." (Filing No. 49). Defendants now move, unopposed, to stay the remaining deposition and related written discovery deadlines for 90 days. (Filing No. 51). The current deposition and written discovery deadlines are both August 3, 2020.

The court is cognizant of the strains that the COVID-19 pandemic has created on many litigants. However, the court must remain equally cognizant of its duty to ensure the just and speedy progression of civil matters. See Fed R. Civ. P. 1. Therefore, the court declines to stay the remaining deadlines, but will revisit the

need for an extension, continuance, or stay at the status conference set hereinbelow.

Accordingly, IT IS ORDERED:

1) Defendants' Unopposed Motion to Extend Deadlines (Filing No. 51) is denied. The deposition and written discovery deadlines remain August 3, 2020.

2) The telephonic status conference set before the undersigned magistrate judge on May 7, 2020 at 9:00 a.m. is continued to July 28, 2020 at 10:30 a.m. to discuss the necessity of an additional continuance or stay.

Dated this 27th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge